JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Steve Goldberg,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>United States of America,<br><br>　　　　　Respondent. | Case No. **CV 10-796-JFW**<br>　　　　　　**[CR 07-582-JFW]**<br><br>**JUDGMENT** |

Pursuant to this Court's March 9, 2010 Order denying Petitioner Richard Steve Goldberg's Motion to Vacate, Set Aside or Correct Sentence By a Person in Federal Custody pursuant to 28 U.S.C. § 2255,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that the above-captioned action is dismissed with prejudice.

The Clerk is ordered to enter this Judgment.

Dated: March 10, 2010

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOHN F. WALTER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE